UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIMAR (UK), Ltd.,

                Plaintiff,

-against-

INTELERAD MEDICAL SYSTEM, Inc.,

                Defendants.

25-cv-2308 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff Cimar (UK) shall serve its complaint, this order, and a copy of Cimar's motion for a preliminary injunction and all supporting papers on defendant Intelerad Medical System by **Wednesday, April 9, 2025** at **5:00 PM**.  The Court will hold a hearing on Cimar's motion for a preliminary injunction on **Wednesday, April 16, 2025** at **2:00 PM** in **Courtroom 15A, 500 Pearl Street, New York, NY 10007**. Prior to the conference, the parties are directed to meet and confer to determine if the parties can agree to an arrangement that avoids the need for preliminary injunctive relief pending resolution of this case.

      SO ORDERED.

Dated: April 8, 2025
       New York, New York

                                    ARUN SUBRAMANIAN
                                  United States District Judge