UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMAR (UK) LTD.,<br><br>        Plaintiff,<br><br>  -against-<br><br>INTELERAD MEDICAL SYSTEM, INC.,<br><br>        Defendant. | 25-cv-2308 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  For the reasons stated on the record at the May 27, 2025 hearing, plaintiff Cimar's motion for a preliminary injunction is GRANTED as modified. Should the parties seek to have a formal order memorializing the injunction, they should meet and confer and propose an order for the Court to enter. The parties should jointly order the transcript of the hearing.

  The Clerk of Court is directed to terminate the motions at Dkts. 10 and 15.

  SO ORDERED.

Dated: May 28, 2025
    New York, New York

                     _____
                       ARUN SUBRAMANIAN
                       United States District Judge